UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO BELTRAN, ) | No. CV 06-367-VBF (PLA) |
| ) | |
| Petitioner, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| DAVID L. RUNNELS, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 4, 2009

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE